UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MEDINA,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendant. | No.  2:16-cv-0765 AC P<br><br><br>ORDER |

      Plaintiff is a state prisoner incarcerated at Avenal State Prison.  Plaintiff commenced this action on April 14, 2016, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  <u>See</u> ECF No. 4.

      On October 14, 2016, this court granted plaintiff's request to proceed in forma pauperis and dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. ECF No. 5.  The court informed plaintiff of the deficiencies in his complaint, <u>see</u> 28 U.S.C. § 1915A, including his failure to name a proper defendant, and plaintiff's concession that he had failed to attempt to administratively exhaust his claim.  Plaintiff was informed that failure to file an amended complaint would result in the dismissal of this action without prejudice.  ECF No. 5 at 8.

1  The court's order was served on plaintiff at his address of record.  Pursuant to Local Rule 182(f), service of documents at a party's record address is fully effective.

More than thirty days have passed since the filing date of the court's order.  Plaintiff has not filed an amended complaint or otherwise communicated with the court; it appears that plaintiff has abandoned this case.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of Court is directed to close this case.

DATED: December 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE